M. P. No. 1814. GREATER PROVIDENCE TRUST COMPANY *v.* GERALD GORDON *et ux.* Motion for leave to file petition for

writ of certiorari denied. Order entered June 21, 1972 temporarily enjoining and restraining respondent from foreclosure of mortgage is vacated. *Edwards & Angell, Richard M. Borod,* for plaintiff-respondent. *Stephen E.S. Healey,* for defendants-petitioners.